1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8

9

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12  | UNITED STATES OF AMERICA,                | Violation Notice Nos.:  Please See Attachment "A" |
    |------------------------------------------|---------------------------------------------------|
13  |                Plaintiff,                |                                                   |
14  |                                          | MOTION AND [~~PROPOSED~~] ORDER FOR               |
    |                                          | DISMISSAL OF CASES AND RECALL OF                  |
15  | IN RE: DISMISSAL OF CASES AND            | WARRANTS AND/OR ABSTRACTS                         |
    | WARRANT/ABSTRACT RECALL                  |                                                   |

20       The United States of America, by and through Phillip A. Talbert, United States Attorney, and

21  Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to:  1) Dismiss the cases listed in

22  Attachment "A" (attached hereto and incorporated herein by reference) in the interest of justice,

23  pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; and 2) Recall any and all warrants

24  and/or abstracts associated with the cases listed in Attachment "A."

25  / / /

26  / / /

27  / / /

28  / / /

                                              1

1  The United States believes that prosecution of the citations is no longer advisable or practicable
2 due to lapse of time or insufficiency of evidence.

3

4 DATED: January 8, 2025                              Respectfully submitted,

5                                                    PHILLIP A. TALBERT
                                                     United States Attorney
6
                                              By:    /s/ *Jeffrey A. Spivak*
7                                                    JEFFREY A. SPIVAK
                                                     Assistant United States Attorney
8

**O R D E R**

IT IS HEREBY ORDERED that:

1) The cases attached hereto in Attachment "A" are hereby dismissed; and

2) Any outstanding warrants and/or abstracts are hereby recalled.

DATED: January __10__, 2025

HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

ATTACHMENT "A"

[Cases to be Dismissed and Warrants Recalled]

|  | ECF Case Number | Defendant Name | Violation |
|---|---|---|---|
| 1 | 1:16-po-00005-SAB | ERICKSON, CHASTI L | F4377364 F4377363 |
| 2 | 1:16-po-00014-SAB | PATTON, JEFFREY M | 3500159 3500160 |
| 3 | 1:16-po-00015-SAB | OROSCO, ANTHONY | 3500162 |
| 4 | 1:16-po-00043-SAB | SNOWDEN JR, ALBERT | 0989875 |
| 5 | 1:16-po-00061-SAB | REYES, SEBASTIAN J | 2701639 |
| 6 | 1:16-po-00066-SAB | REZA, DAVID ARTHUR | 2702188 |
| 7 | 1:16-po-00085-SAB | RUALES, WALTER | 4698866 |
| 8 | 1:16-po-00097-SAB | FORCUM, CRAIG | 3429758 |
| 9 | 1:16-po-00105-SAB | PEREIRA, ANANKHA DAWN | 5007037 |
| 10 | 1:16-po-00111-SAB | TOWNE, JEFFREY R | 4698834 |
| 11 | 1:16-po-00117-SAB | VARGAS-ABUNDIS, ROMAN | F4554975 |
| 12 | 1:16-po-00140-SAB | MADRID, RODERICK | 2701719 |
| 13 | 1:16-po-00219-BAM | FRIZALONE, ERIC PETER | 6044156 |
| 14 | 1:16-po-00223-BAM | HANNIG, MARCHON MARIE | 6237626 |
| 15 | 1:16-po-00228-BAM | MELGOZA, ERIC | FBEU0004 |
| 16 | 1:16-po-00238-BAM | READE, ROBERT | 6237627 |
| 17 | 1:16-po-00257-SAB | SALAZAR, JOSEPH | 6043708 |
| 18 | 1:16-po-00261-BAM | SCOTT, GUY | 4698643 |
| 19 | 1:16-po-00275-SAB | CASANOVA, DESARIE | F4853505 |
| 20 | 1:16-po-00290-SAB | GIRARTE, JOSE | F4887134 |
| 21 | 1:16-po-00317-SAB | MELVIN, DONALD | F4853418 |
| 22 | 1:16-po-00319-SAB | MILLER, SAMANTHA CHARLENE | F4853252 |
| 23 | 1:16-po-00323-SAB | MORRIS, DAVID | 6354729 |
| 24 | 1:16-po-00338-SAB | RIVERA, MONICA | F4851960 |
| 25 | 1:16-po-00343-SAB | SEURO, EDWARD F. | 6043884 |
| 26 | 1:16-po-00349-SAB | SWANSON, MICHAEL DAVEN | F4887019 |
| 27 | 1:16-po-00357-SAB | WILLIAMS, CHARLES | 6044053 |
| 28 | 1:16-po-00359-SAB | ZAVALA, YUZETH | F4852584 |
| 29 | 1:16-po-00360-SAB | CANTU, HILARIO | F4852585 |
| 30 | 1:16-po-00367-SAB | ACOSTA, MARLO ANGELITA | 6238383 |
| 31 | 1:16-po-00374-SAB | BETTENCOURT, BLAKE F | 6599648 |
| 32 | 1:16-po-00387-SAB | HAMPTON, ROBERT EARL | 6238380 |
| 33 | 1:16-po-00392-SAB | LEWIS, AUBREY | 6238382 |
| 34 | 1:16-po-00392-SAB | LEWIS, AUBREY | 6238381 |
| 35 | 1:16-po-00395-SAB | MALONE, BRYSON | 6238532 |
| 36 | 1:16-po-00396-SAB | MCCLENNY, STEPHEN REESE | F4851979 |

|    | ECF Case Number   | Defendant Name            | Violation |
|----|-------------------|---------------------------|-----------|
| 37 | 1:16-po-00402-SAB | PALMERIN, GILBERT         | 6238534   |
| 38 | 1:16-po-00409-SAB | RILEY, TASHANNA           | 6043663   |
| 39 | 1:16-po-00423-SAB | BOSCO, ANTONIO G          | F4853377  |
| 40 | 1:17-po-00009-SAB | GROFFETTI, JOHNNY         | 6599701   |
| 41 | 1:17-po-00024-SAB | POWELL III, ROBERT E      | 6238535   |
| 42 | 1:17-po-00032-SAB | SILVIUS, CHESTER M        | 6238533   |
| 43 | 1:17-po-00041-SAB | GRIJALVA, AMADOR CHARLES  | 6354587   |
| 44 | 1:17-po-00046-SAB | RESENDIZ, ANDRES          | 6354590   |
| 45 | 1:17-po-00051-SAB | ESTRADA, JAZZMIN          | 6354651   |
| 46 | 1:17-po-00053-SAB | DELEON JR, LORENZO L      | F4919676  |
| 47 | 1:17-po-00096-SAB | GIESBRECHT, NATHAN        | 6286106   |
| 48 | 1:17-po-00131-SAB | BOOHER, JAMES             | 6310044   |
| 49 | 1:17-po-00164-SAB | GUTIERREZ, ANGEL          | F4852481  |
| 50 | 1:17-po-00165-SAB | HERNANDEZ, JUAN JOSE      | F4853314<br>F4853315<br>F4853316 |
| 51 | 1:17-po-00173-SAB | LOSEE, CAROLYN LUCRETIA   | F4853318  |
| 52 | 1:17-po-00173-SAB | LOSEE, CAROLYN LUCRETIA   | F4853317  |
| 53 | 1:17-po-00179-SAB | OCHOA, ARTRO              | F4853795  |
| 54 | 1:17-po-00181-SAB | PAVAN JR, STEVEN J        | 6044104   |
| 55 | 1:17-po-00208-SAB | CARLIN, BENNY R           | F5375528  |
| 56 | 1:17-po-00214-SAB | COSTA, MISTY DAWN         | 6238406   |
| 57 | 1:17-po-00231-SAB | GOTFREY, MELINDA          | 6238407   |
| 58 | 1:17-po-00245-SAB | LEWIS, SAMUEL             | 6043602   |
| 59 | 1:17-po-00248-SAB | LOPEZ, ISAIAH J           | 6309946   |
| 60 | 1:17-po-00272-SAB | SANDOVAL, ANTHONY         | F4853204  |
| 61 | 1:17-po-00280-SAB | WILLS, KEVIN MATTHEW      | 6310149   |
| 62 | 1:17-po-00293-EPG | DELEON MORATAYA, ALDRIN   | 6044531   |
| 63 | 1:17-po-00299-EPG | HERNANDEZ, DAMMIAN A      | F4854244  |
| 64 | 1:17-po-00303-EPG | LOPEZ, DAVID              | F4854243  |
| 65 | 1:17-po-00311-EPG | RODRIGUEZ, CHRIS          | F4854233  |
| 66 | 1:17-po-00313-EPG | SANCHEZ, ALEREDO          | F4854234  |
| 67 | 1:17-po-00315-EPG | YU, XIAOXUE               | F4852046  |
| 68 | 1:17-po-00342-SAB | MOUZIS, CHRIS             | F4853249  |
| 69 | 1:17-po-00361-SAB | ZAYAS JR, JIMMY           | 6310210   |
| 70 | 1:17-po-00365-SAB | BARCENAS, JONATHAN C      | 6044331   |
| 71 | 1:17-po-00365-SAB | BARCENAS, JONATHAN C      | 6044330   |
| 72 | 1:17-po-00374-SAB | CHAVEZ, JOHN M            | F4853269  |
| 73 | 1:17-po-00376-SAB | CORTEZ, FRANCISCO         | 6044658   |
| 74 | 1:17-po-00385-SAB | GUTIERREZ, LYZ            | F4854232  |
| 75 | 1:17-po-00386-SAB | HUIZACHE CAPIRE, ALFREDO  | 6044901<br>6044902 |

|  | ECF Case Number | Defendant Name | Violation |
|---|---|---|---|
| 76 | 1:17-po-00409-SAB | WASHINGTON, MALIK | F4853245 |
| 77 | 1:17-po-00409-SAB | WASHINGTON, MALIK | F4853207 |
| 78 | 1:18-po-00013-SAB | NEVAREZ, JOHNATHAN | F5375544 |
| 79 | 1:18-po-00022-SAB | KAPSASKIS, ANASTASIOS | 6044588 |
| 80 | 1:18-po-00045-SAB | LEANDRO-ONOFRE, MARCO | 6004536 |
| 81 | 1:18-po-00046-SAB | MAKARA, KAN | 6354748 |
| 82 | 1:18-po-00056-SAB | YRUEGAS, RYAN | 6044514 |
| 83 | 1:18-po-00086-SAB | HAMMERS, SKYLER J | 6044523 |
| 84 | 1:18-po-00099-SAB | WHITSON, DAVID I | 6599927 |
| 85 | 1:18-po-00100-SAB | DICKISON, ABAGAIL N | 6599928 |
| 86 | 1:18-po-00103-SAB | CROW, DONNY R | 7476780 |
| 87 | 1:18-po-00111-SAB | KRON, JOSHUA D. | f5384505 |
| 88 | 1:18-po-00111-SAB | KRON, JOSHUA D. | F5384504 |
| 89 | 1:18-po-00118-SAB | ARENAS, EREND | 7476788 |
| 90 | 1:18-po-00155-SAB | MENDOZA, JAVIER | F5195364 |
| 91 | 1:18-po-00161-SAB | MONTOYA, ANGEL D | 7418201 |
| 92 | 1:18-po-00171-SAB | RAYEZ, JASMIN | 6310219 |
| 93 | 1:18-po-00195-SAB | WOODS, LESSHAYONA | 6238435 |
| 94 | 1:18-po-00203-SAB | BROOKINS, MITCHELL DUANE | 6044826<br>6044827<br>6044828 |
| 95 | 1:18-po-00204-SAB | BUKHARI, ERIC J | 6599935 |
| 96 | 1:18-po-00205-SAB | CANTU, MARIA SANTOS | 7476757 |
| 97 | 1:18-po-00211-SAB | CORRAL-RAMOS, IRIS M | F5195367 |
| 98 | 1:18-po-00212-SAB | COULSTON, JOSHUA B | 6599932 |
| 99 | 1:18-po-00214-SAB | DAVIS, JAMES D | 6599933 |
| 100 | 1:18-po-00222-SAB | FLOYD, CHRISTOPHER L | 6355015 |
| 101 | 1:18-po-00227-SAB | GONZALEZ, JUAN | 7476826 |
| 102 | 1:18-po-00228-SAB | GOMEZ, GILBERTO ARELLANO | 7476832 |
| 103 | 1:18-po-00230-SAB | GONZALEZ, MARTIN IRWIN | 7418133 |
| 104 | 1:18-po-00233-SAB | HERNANDEZ, OBERT A | 7418082 |
| 105 | 1:18-po-00242-SAB | KELSAY, MICHAEL C | 6599934 |
| 106 | 1:18-po-00250-SAB | MATANCILLAS, PATRICIO C | 7476837 |
| 107 | 1:18-po-00251-SAB | MAULION-AVALOS, ISMAEL | 7476506 |
| 108 | 1:18-po-00264-SAB | PARADA, ISABELA | FBEU000J |
| 109 | 1:18-po-00265-SAB | PASION, MARI | 7418331 |
| 110 | 1:18-po-00267-SAB | PEREZ, HECTOR E | 7476755 |
| 111 | 1:18-po-00280-SAB | RODRIGUEZ, TINA | 6096982 |
| 112 | 1:18-po-00311-SAB | ROBINSON, NOAH | 6044840 |
| 113 | 1:18-po-00311-SAB | ROBINSON, NOAH | 6044839 |
| 114 | 1:18-po-00311-SAB | ROBINSON, NOAH | 6044838 |
| 115 | 1:18-po-00314-SAB | VACAREZ, ARNOLD | 7418056 |

|     | ECF Case Number  | Defendant Name             | Violation |
| --- | ---------------- | -------------------------- | --------- |
| 116 | 1:18-po-00314-SAB | VACAREZ, ARNOLD           | 7418052   |
| 117 | 1:18-po-00320-SAB | CAMPOS, DEBBIE G          | 6635648   |
| 118 | 1:18-po-00323-SAB | ARECHIGA, ANGEL           | 7476522   |
| 119 | 1:18-po-00334-SAB | ELLIS, RAYMOND            | F5466461  |
| 120 | 1:18-po-00341-SAB | GUERRERO, MIA             | 7476517   |
| 121 | 1:18-po-00349-SAB | LEWIS, CHAD               | F5456957  |
| 122 | 1:18-po-00353-SAB | MARQUEZ, GABRIEL FELIX    | F5456955  |
| 123 | 1:18-po-00356-SAB | MULLER, JONATHAN          | 7476564   |
| 124 | 1:18-po-00365-SAB | RODRIGUEZ, ALEXIS CHRISTIAN | 7476571 |
| 125 | 1:18-po-00366-SAB | RODRIGUEZ, ALEXIS CHRISTIAN | 7476603 |
| 126 | 1:18-po-00373-SAB | SEE, NASIR                | F4851892  |
| 127 | 1:18-po-00375-SAB | SHOALS, SHONTELL D        | 7476553   |
| 128 | 1:18-po-00379-SAB | TORICK, REBECCA J         | F5456967  |
| 129 | 1:18-po-00385-SAB | WEBB, LOUIS C             | F5466468  |
| 130 | 1:18-po-00390-SAB | ALVARADO, JOSE N          | F4926227  |
| 131 | 1:18-po-00392-SAB | ARANAVELIZ, LILIAN        | 7418070   |
| 132 | 1:18-po-00394-SAB | BARRANCOGUTRON, BLANCA    | F4851972  |
| 133 | 1:18-po-00418-SAB | MCCOWAN, JUSTEENDANIELLE M | FBEA00ES |
| 134 | 1:18-po-00419-SAB | SLIM, RON                 | FBEA00ER  |
| 135 | 1:19-po-00013-SAB | CAMPBELL, RORY            | 6096987   |
| 136 | 1:19-po-00021-SAB | JING, YAMIN               | 6599903   |
| 137 | 1:19-po-00026-SAB | WADE, BOBBY R             | 6238438   |
| 138 | 1:19-po-00033-SAB | BERRY, MARYANN C          | 6599908   |
| 139 | 1:19-po-00052-SAB | HOLMGREN, CHANA           | 6599915   |
| 140 | 1:19-po-00127-SAB | AGUILERA, DAVID L         | 9174101   |
| 141 | 1:19-po-00134-SAB | BALDWIN, SCOTT A          | 6096882   |
| 142 | 1:19-po-00143-SAB | CISNEROS, GABRIELA        | 7476745   |
| 143 | 1:19-po-00148-SAB | ENNIS, PRESTON A          | 9072579   |
| 144 | 1:19-po-00155-SAB | HOBBS, MICHAEL B          | 8108276   |
| 145 | 1:19-po-00168-SAB | RAMSEY JR, KARL E         | F5466076  |
| 146 | 1:19-po-00240-SAB | BROWN, STEVEN MICHAEL     | F5466092  |
| 147 | 1:19-po-00258-SAB | IXQUIER, DOMINGO R        | 9073277   |
| 148 | 1:19-po-00260-SAB | JOLLY, JUSTIN D           | F5195805  |
| 149 | 1:19-po-00265-SAB | LOPEZCLARK, JACOB R       | 9425762   |
| 150 | 1:19-po-00276-SAB | SANCHEZ, FRANCES R        | 9143504   |
| 151 | 1:19-po-00300-SAB | EVENEDIKTOVA, ELENA E     | 9073078   |
| 152 | 1:19-po-00303-SAB | GILLETTE, ALLAN           | 9264733   |
| 153 | 1:19-po-00307-SAB | KATO, KEVIN N             | F5466095  |
| 154 | 1:19-po-00309-SAB | MARTIN, DAVID             | 9264734   |
| 155 | 1:19-po-00310-SAB | MURRAY, JASON             | 9264704   |
| 156 | 1:19-po-00313-SAB | RACHOTAFOYA, RENEE R      | 9264703   |
| 157 | 1:19-po-00319-SAB | KEMP, TONI                | 6730162   |

|  | ECF Case Number | Defendant Name | Violation |
|---|---|---|---|
| 158 | 1:20-po-00027-SAB | SALAZAR, BART A | 9425768 |
| 159 | 1:20-po-00080-SAB | BURKETT, MICHAEL C | 9264827 |
| 160 | 1:20-po-00087-SAB | CASAREZ, LLOYD P | 9523766 |
| 161 | 1:20-po-00089-SAB | DYER, GARY LEE | 9425853 |
| 162 | 1:20-po-00098-SAB | SMITH, JULIA H | 9425851 |
| 163 | 1:20-po-00098-SAB | SMITH, JULIA H | 9425852 |
| 164 | 1:20-po-00103-SAB | ESPARZA, ALFREDO | F5384519 |
| 165 | 1:20-po-00104-SAB | HOGUE, BRIAN A | 9425859 |
| 166 | 1:20-po-00116-SAB | BEJARANO, MATTHEW M | F5456980 |
| 167 | 1:20-po-00118-SAB | BURGESON, MONTGOMERY C | F5207918 |
| 168 | 1:20-po-00131-SAB | DURAN, CHARLES M | F5456977 |
| 169 | 1:20-po-00146-SAB | LOPEZ, RICHARD LEE | F5456979 |
| 170 | 1:20-po-00203-SAB | ENLOE, BURTON J | 9454156 |
| 171 | 1:20-po-00217-SAB | MUSKRAT, DENNIS L | F5466414 |
| 172 | 1:20-po-00281-SAB | SHERMAN, BRENT JAMES | 9073707 |
| 173 | 1:20-po-00292-SAB | WOOD, DONALD ALLEN | F5384717 |
| 174 | 1:20-po-00292-SAB | WOOD, DONALD ALLEN | F5384718 |
| 175 | 1:20-po-00295-SAB | EBRON, LEONARD KIRK | F5384657 |
| 176 | 1:20-po-00306-SAB | DE LEON LOPEZ, SAMUEL | F5375495 |
| 177 | 1:20-po-00322-SAB | NENALARITA, OLGA | F5375486 |
| 178 | 1:20-po-00339-SAB | SNOW, ERIC | F5207684 |
| 179 | 1:20-po-00347-SAB | DAILEY, JACK | F5335969 F5335970 |
| 180 | 1:20-po-00350-SAB | DIAZ, ALEJANDRO | F5384730 |
| 181 | 1:20-po-00351-SAB | GARCIA, EDGAR | F5384728 |
| 182 | 1:20-po-00352-SAB | MENNIG, BRIAN | 9174126 9174127 |
| 183 | 1:20-po-00356-SAB | MARTINEZ, CAMERON | F5340376 |